# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jonathan D. Gibson,

                    Plaintiff,

vs.

Consumer Portfolio Services, Inc., Ms. Stewart, Does 1-10,

                    Defendants.

Case No. 13-CV-01310 (DSD/JSM)

**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

---

       It is stipulated by the plaintiff and Defendant Consumer Portfolio Services, Inc., by and through their respective counsel, that Consumer Portfolio Services, Inc. shall have until July 22, 2013 to answer or otherwise plead in response to the Complaint in this matter.

Dated: June 20, 2013

The Ryder Law Firm, LLC

  s/    Randall P. Ryder
Randall P. Ryder (#389957)
2701 University Ave. SE #209
Minneapolis, Minnesota 55414
(612) 424-3770

Attorneys for Plaintiff

Dated: June 20, 2013

SNYDER GISLASON FRASIER, LLC

  /s Chad A. Snyder
Chad A. Snyder (#288275)
233 Park Ave. S. – Suite 205
Minneapolis, MN 55415
(612) 465-0074

Attorneys for Consumer Portfolio Services, Inc.