UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JONATHAN D. GIBSON,                           CIVIL NO. 13-1310 (DSD/JSM)

    Plaintiff,

v.                                            ORDER

CONSUMER PORTFOLIO
SERVICES, INC., DOES 1-10,
and MS. STEWART,

    Defendants.

The above matter came on before the undersigned upon plaintiff's August 26, 2013 filing of an Amended Complaint [Docket No. 15].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order:

IT IS HEREBY ORDERED that plaintiff's August 26, 2013 filing of an Amended Complaint [Docket No. 15] is DENIED for failure to comply with Fed. R. Civ. P. 15(a). The Clerk of Court is directed to strike the Amended Complaint [Docket No. 15].

Dated:    August 30, 2013

                                        *s/ Janie S. Mayeron*
                                        JANIE S. MAYERON
                                        United States Magistrate Judge