...

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JONATHAN D. GIBSON,                                CIVIL NO. 13-1310 (DSD/JSM)

      Plaintiff,

v.                                                 ORDER

CONSUMER PORTFOLIO
SERVICES, INC., DOES 1-10,
and MS. STEWART,

      Defendants.

The above matter came on before the undersigned upon plaintiff's letter to the Court dated August 30, 2013, [Docket No. 17], requesting clarification regarding this Court's Order dated August 30, 2013, striking plaintiff's Amended Complaint [Docket No. 15] filed on August 26, 2013, for failure to comply with Fed. R. Civ. P. 15(a).  On May 31, 2013, plaintiff filed his Complaint.  [Docket No. 1].  On August 7, 2013, defendant filed its Answer and Affirmative Defenses to Complaint.  [Docket No. 13].  On August 26, 2013, plaintiff filed an Amended Complaint.  After further review of Rule 15(a), this Court has determined that plaintiff had the right to file the Amended Complaint within 21 days after service of defendant's answer.  Therefore,

IT IS HEREBY ORDERED that the Amended Complaint [Docket No. 15] shall not be stricken.  On or before September 19, 2013, defendant shall answer or otherwise respond to the Amended Complaint.

Dated:      September 4, 2013

                                              *s/ Janie S. Mayeron*
                                              JANIE S. MAYERON
                                              United States Magistrate Judge