United States District Court
District of Minnesota

| | |
|---|---|
| Jonathan D. Gibson, | Court file no. 13-cv-1310 (DSD/JSM) |
| Plaintiff, | |
| v. | Stipulation of Dismissal with Prejudice |
| Consumer Portfolio Services, Inc., Ms. Stewart, Does 1-10, | |
| Defendants. | |

The parties hereby stipulate and agree, by and through their attorneys, that Plaintiff's claims against Defendants may be dismissed with prejudice, without additional costs, disbursements, or attorney fees to any party.

[signatures follow]

| Attorney for Plaintiff: | Attorneys for Defendants: |
|---|---|
| *s/Randall P. Ryder* | *s/Raechelle Norman* |
| Randall P. Ryder (#389957) | Jeffrey D. Pilgrim (IL #6270435) |
| **The Ryder Law Firm, LLC** | Raechelle Norman (IL #6292683) |
| 2701 University Ave. SE, #209 | **Pilgrim Christakis LLP** |
| Minneapolis, MN 55414 | 53 West Jackson Blvd, Suite 1515 |
| | Chicago, IL 60604 |
| phone • 612.424.3770 | |
| fax • 612.605.3270 | phone • 312.939.6580 |
| e-mail • randall@theryderlawfirm.com | fax • |
| | e-mail • jpilgrim@pilgrimchristakis.com |
| | e-mail • rnorman@pilgrimchristakis.com |
| | |
| | Chad A. Snyder (#288275) |
| | **Snyder Gislason Frasier, LLC** |
| | 233 Park Avenue South, Suite 205 |
| | Minneapolis, MN 55415 |
| | |
| | phone • 612.465.0074 |
| | fax • 612.605.1986 |
| | e-mail • csnyder@sgflegal.com |