# United States District Court
## District of Minnesota

| | |
|---|---|
| Jonathan D. Gibson,<br><br>Plaintiff,<br><br>v.<br><br>Consumer Portfolio Services, Inc., Ms. Stewart, Does 1-10,<br><br>Defendants. | Civil No. 13-1310 (DSD/JSM)<br><br>**Order of Dismissal with Prejudice** |

The court having been advised that the above-entitled action has been resolved, **it is ordered** that the above-entitled action against Defendants shall be and hereby is **dismissed with prejudice**, without costs, disbursements, or attorney fees to any party.

Dated:  February 21, 2014

                                            s/David S. Doty             
                                            David S. Doty, Judge
                                            United States District Court